UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hechinger Investment Company of Delaware, Inc., *et al*[1],<br>　　　　　　　Debtors. | Bankruptcy No. 99-02261 (PJW)<br>Chapter 11<br><br>Jointly Administered<br><br>Adversary No. 01-2906 (PBL) |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession,<br><br>　　　　　　　Appellant<br>v.<br><br>Mark IV Industries, Inc., successor to Purolator Products Company and Purolator Products, NA,<br><br>　　　　　　　Appellee | Civil Action No. 04-01432 (KAJ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF APPELLANT'S APPEAL

Hechinger Liquidation Trust as Successor in Interest to Hechinger Investment Company of Delaware, Inc. *et al*, Appellant in the above captioned matter (the "Appellant") requests dismissal with prejudice of the Appellant's Appeal initiated by Appellant filing a Notice of Appeal of the Order of the Bankruptcy Court entered on 9/30/2004, (the "Appeal"), U.S.D.C. Docket No. 1; Filed on 11/8/2004. The underlying adversary proceeding of <u>Hechinger Liquidation Trust v. Mark IV Industries, Inc. successor to Purolator Products Company and</u>

---

[1] Hechinger Investment Company of Delaware, Inc., BSQ Acquisition, Inc., BSQ Transferee Corp., BucksProp Holding Company, Centers Holdings, Inc., Hechinger Company, Hechinger Finance, Inc., Hechinger Financial Holdings Company, Hechinger International, Inc., Hechinger Property Company, Hechinger Royalty Company, Hechinger Stores Company, Hechinger Stores East Coast Company, Hechinger Towers Company, HIDS, Inc., HProp, Inc., HQ Mid-Atlantic, LLC, HQ Partners, L.P., HQ Southwest, LLC, ManProp Holding Company, Pennsy, Inc., PhilProp Holding Company, RemProp, Inc., are collectively referred to as the "Debtors".

<u>Purolator Products, NA</u>, Adversary No. 01-2906 has now been settled by the parties and approved by the United States Bankruptcy Court for the District of Delaware on February 8, 2005. The instant dismissal is submitted in accordance with the parties settlement.

The Appeal should be marked as dismissed with prejudice and the above captioned matter closed.

Dated: March 25, 2005
      Wilmington DE

COZEN O'CONNOR

_____
John T. Carroll, III (DE 4060)
The Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2028
(302) 295-2013 Fax No.
jcarroll@cozen.com

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
Joseph A. Hess, Esq.
Karen M. Scheibe, Esq.
Kelly L. Mangan, Esq.
A·S·K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 220
Eagan, MN 55121
**Telephone:** (651) 406-9665  **Fax:** (651) 406-9676

Co-Counsel For Appellant Hechinger Liquidation Trust, a successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*,

WILM1\29626\1 113889.000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., *et al*[1],<br>Debtors. | Bankruptcy No. 99-02261 (PJW)<br>Chapter 11<br><br>Jointly Administered<br><br>Adversary No. 01-2906 (PBL) |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession,<br><br>     Appellant<br>v.<br><br>Mark IV Industries, Inc., successor to Purolator Products Company and Purolator Products, NA,<br><br>     Appellee | Civil Action No. 04-01432 (KAJ) |

### CERTIFICATION OF SERVICE OF NOTICE OF DISMISSAL WITH PREJUDICE OF APPELLANT'S APPEAL

I, John T. Carroll, III, certify that I am not less than 18 years of age and further certify that on March 25, 2005, I caused to be served via regular first class mail, postage pre-paid, a true and correct copy of the Notice of Dismissal of Appellant's Appeal upon the parties identified below:

---

[1] Hechinger Investment Company of Delaware, Inc., BSQ Acquisition, Inc., BSQ Transferee Corp., BucksProp Holding Company, Centers Holdings, Inc., Hechinger Company, Hechinger Finance, Inc., Hechinger Financial Holdings Company, Hechinger International, Inc., Hechinger Property Company, Hechinger Royalty Company, Hechinger Stores Company, Hechinger Stores East Coast Company, Hechinger Towers Company, HIDS, Inc., HProp, Inc., HQ Mid-Atlantic, LLC, HQ Partners, L.P., HQ Southwest, LLC, ManProp Holding Company, Pennsy, Inc., PhilProp Holding Company, RemProp, Inc., are collectively referred to as the "Debtors".

|  |  |
|---|---|
| Kurt Gwynne, Esquire<br>Chase Manhattan Centre<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 | Service via Electronic Mail and<br>via regular U.S. Mail |
| Vincent J. Poppiti, Esquire<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 | Service via regular U.S. Mail |
| Office of the United States Trustee<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801 | Service via regular U.S. Mail |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:    March 25, 2005
         Wilmington, DE

                                        COZEN O'CONNOR

                                   By   _____
                                        John T. Carroll, III, (DE No. 4060)
                                        COZEN O'CONNOR
                                        Chase Manhattan Centre
                                        1201 North Market Street, Suite 1400
                                        Wilmington, DE 19801
                                        **Telephone:** (302) 295-2028
                                        **Fax:** (302) 295-2013
                                        jcarroll@cozen.com

                                        Counsel For Appellant Hechinger
                                        Liquidation Trust, a successor in interest to
                                        Hechinger Investment Company of
                                        Delaware, Inc., *et al.*,