IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: HECHINGER INVESTMENT COMPANY OF DELAWARE, INC., ET AL., | Bankruptcy Case 99-2261<br>Chapter 11 |
| Debtors. | |
| HECHINGER LIQ TRUST, | |
| Appellant, | Civil Action No. 04-1432-KAJ |
| v. | |
| MARK IV INDUSTRIES, INCORPORATED, | |
| Appellee. | |

### ORDER

On November 30, 2004, the Court received a letter from Vincent J. Poppiti, Esq., stating that the case has settled. No further correspondence or stipulation of dismissal has been received by the Court as of this date. Therefore,

IT IS HEREBY ORDERED that the parties shall file with the Court a stipulation of dismissal within ten days from the date of this Order.

FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: March 28, 2005