UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Hechinger Investment Company of Delaware, Inc., *et al*[1],<br>                    Debtors. | Bankruptcy No. 99-02261 (PJW)<br>Chapter 11<br><br>Jointly Administered<br><br>Adversary No. 01-2906 (PBL) |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession,<br><br>                    Appellant<br>v.<br><br>Mark IV Industries, Inc.,<br><br>                    Appellee | Civil Action No. 04-01432 (KAJ) |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE OF APPELLANT'S APPEAL

It is hereby stipulated pursuant to F.R.C.P. Rule 41(a)(1) between Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al* (the "Appellant") and Mark IV Industries, Inc. (the "Appellee") that this action be dismissed and the parties stipulate as follows:

---

[1] Hechinger Investment Company of Delaware, Inc., BSQ Acquisition, Inc., BSQ Transferee Corp., BucksProp Holding Company, Centers Holdings, Inc., Hechinger Company, Hechinger Finance, Inc., Hechinger Financial Holdings Company, Hechinger International, Inc., Hechinger Property Company, Hechinger Royalty Company, Hechinger Stores Company, Hechinger Stores East Coast Company, Hechinger Towers Company, HIDS, Inc., HProp, Inc., HQ Mid-Atlantic, LLC, HQ Partners, L.P., HQ Southwest, LLC, ManProp Holding Company, Pennsy, Inc., PhilProp Holding Company, RemProp, Inc., are collectively referred to as the "Debtors".

1.  Hechinger Liquidation Trust as Successor in Interest to Hechinger Investment Company of Delaware, Inc. *et al*, Appellant in the above captioned matter (the "Appellant") filed a Notice of Appeal of the Order of the Bankruptcy Court entered on 9/30/2004, (the "Appeal"), U.S.D.C. Docket No. 1; Filed on 11/8/2004.

2.  The underlying adversary proceeding, captioned <u>Hechinger Liquidation Trust v. Mark IV Industries, Inc.</u>, Adversary No. 01-2906 has now been settled by the parties and approved by the United States Bankruptcy Court for the District of Delaware on February 8, 2005. The instant dismissal is submitted in accordance with the parties' settlement.

3.  The Appeal should be marked as dismissed with prejudice and the above captioned matter closed.

Dated: April 8, 2005
       Wilmington DE

          COZEN O'CONNOR

          /s/ John T. Carroll, III
          _____
          John T. Carroll, III (DE 4060)
          1201 North Market Street, Suite 1400
          Wilmington, DE  19801
          (302) 295-2028
          (302) 295-2013 Fax No.
          jcarroll@cozen.com

          Joseph L. Steinfeld, Jr., DC SBN 297101,
          MN SBN 0266292, VA SBN 18666
          A·S·K FINANCIAL LLP
          2600 Eagan Woods Drive, Suite 220
          Eagan, MN  55121
          (651) 406-9665
          (651) 406-9676 Fax

          Co-Counsel for Appellant Hechinger Liquidation
          Trust, a successor in interest to Hechinger
          Investment Company of Delaware, Inc., *et al.*,

                                                                  and

(signatures continued)

REED SMITH LLP

<u>/s/ Kurt F. Gwynne</u>
Kurt F. Gwynne, Esquire (DE 3951)
1201 N. Market Street
Suite 1500
Wilmington, DE 19801
(302) 778-7550
(302) 778-7575 Fax

Counsel for Appellee, Mark IV Industries, Inc.

WILLIB-42148.1999995-20001

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., *et al*[1],<br>Debtors. | Bankruptcy No. 99-02261 (PJW)<br>Chapter 11<br><br>Jointly Administered<br><br>Adversary No. 01-2906 (PBL) |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession,<br><br>                Appellant<br>v.<br><br>Mark IV Industries, Inc.<br><br>                Appellee | Civil Action No. 04-01432 (KAJ) |

**CERTIFICATION OF SERVICE OF STIPULATION OF DISMISSAL**
**WITH PREJUDICE OF APPELLANT'S APPEAL**

I, John T. Carroll, III, certify that I am not less than 18 years of age and further certify that on April 8, 2005, I caused to be served via regular first class mail, postage pre-paid, a true and correct copy of the Stipulation of Dismissal of Appellant's Appeal upon the parties identified below:

---

[1] Hechinger Investment Company of Delaware, Inc., BSQ Acquisition, Inc., BSQ Transferee Corp., BucksProp Holding Company, Centers Holdings, Inc., Hechinger Company, Hechinger Finance, Inc., Hechinger Financial Holdings Company, Hechinger International, Inc., Hechinger Property Company, Hechinger Royalty Company, Hechinger Stores Company, Hechinger Stores East Coast Company, Hechinger Towers Company, HIDS, Inc., HProp, Inc., HQ Mid-Atlantic, LLC, HQ Partners, L.P., HQ Southwest, LLC, ManProp Holding Company, Pennsy, Inc., PhilProp Holding Company, RemProp, Inc., are collectively referred to as the "Debtors".

| | |
|---|---|
| Kurt Gwynne, Esquire<br>Chase Manhattan Centre<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 | Service via Electronic Mail and<br>via regular U.S. Mail |
| Vincent J. Poppiti, Esquire<br>Blank Rome LLP<br>Chase Manhattan Centre<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 | Service via regular U.S. Mail |
| Office of the United States Trustee<br>844 King Street, Suite 2313<br>Lockbox 35<br>Wilmington, DE 19801 | Service via regular U.S. Mail |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:    April 8, 2005
         Wilmington, DE

COZEN O'CONNOR

*/s/ John T. Carroll, III*

By _____
John T. Carroll, III, (DE No. 4060)
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
**Telephone:** (302) 295-2028
**Fax:** (302) 295-2013
jcarroll@cozen.com

Counsel for Appellant Hechinger
Liquidation Trust, a successor in interest to
Hechinger Investment Company of
Delaware, Inc., *et al.*,